IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Counsel: AUSA: Kristin Bryant | Judge: Kristine G. Baker<br>Reporter: Elaine Hinson<br>CRD: T. Washington |
| v.   CASE NO. 4:14-cr-00121-02 KGB | Date: ~~11/06/2015~~ 11/10/15<br>USPO: n/a |
| MARJORIE LEE<br>Counsel: Richard Hughes | |

### MINUTES - FELONY WAIVER & PLEA TO INFORMATION

BEGIN: 1:29

√ Court convenes for hearing;

√ Defendant present with counsel; defendant sworn;

√ Court inquires of defendant regarding understanding of proceedings;

√ Court inquires of counsel regarding defendant's competency to proceed;

√ Court inquires of defendant regarding understanding of right to be indicted by a Grand Jury;

√ Defendant waives right to indictment, which the Court finds is voluntary;

√ Defendant signs Waiver of Indictment in open court;

√ Waiver of Indictment Filed; √ Information filed; X AUSA reads Information in open court;

√ Court inquires of defendant regarding understanding of consequences of entering guilty plea;

√ Plea Agreement filed in open court;

√ Government states proof for trial;

√ Defendant pleads guilty to Count 1 of the Information; plea accepted by the Court;

√ Count(s) 1, 3, 4 of the Indictment as to defendant dismissed on motion of government;

√ Sentencing date to be set upon completion of presentence report;

_____ Defendant released on O/R bond; modified
√ Defendant to remain on ~~current~~ conditions of bond pending sentencing;
_____ Defendant remanded to custody of U.S. Marshal pending sentencing.

√ Other: _____.

END: 2:45

*[FILED stamp: U.S. DISTRICT COURT EASTERN DISTRICT OF ARKANSAS, NOV 10 2015, JAMES W. McCORMACK, CLERK, BY: TMW DEPUTY CLERK, IN OPEN COURT]*